FILED
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

|   |   |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: CR 07 - 00007 |
|  Plaintiff, ) | |
|  ) | **INDICTMENT** |
|  v. ) | |
|  ) | Violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| NORBERT BENAVENTE CAMACHO, ) | |
|  and ) | Conspiracy to Distribute a Controlled Substance (Count 1) and Distribution of a Controlled Substance (Count 2) |
| DINA TORRES GONZALES, ) | |
|  Defendants. ) | |

The Grand Jury Charges that:

**COUNT 1**
(Conspiracy to Distribute a Controlled Substance)

Beginning in or about early February 2007 and continuing until at least on or about February 20, 2007, within the District of the Northern Mariana Islands, Defendants NORBERT BENAVENTE CAMACHO and DINA TORRES GONZALES knowingly and unlawfully combined, conspired, and confederated with others, known and unknown to the grand jury, to distribute a quantity of methamphetamine hydrochloride, in the form commonly known as "ice," a Schedule II Controlled Substance in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), a violation of 21 U.S.C. § 846.

**COUNT 2**
(Distribution of a Controlled Substance)

On or about February 20, 2007, Defendants NORBERT BENAVENTE CAMACHO and DINA TORRES GONZALES, within the District of the Northern Mariana Islands, knowingly and intentionally distributed a controlled substance, that is, a quantity of methamphetamine hydrochloride, in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

DATED this 3rd day of May, 2007.         A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney