AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

FILED
Clerk

MAY - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

**NORBERT BENAVENTE CAMACHO,**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07- 00007

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **NORBERT BENAVENTE CAMACHO**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Distribute a Controlled Substance (Count 1)**
**Distribution of a Controlled Substance (Count 2)**

RECEIVED
MAY 04 2007
US MARSHALS SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **841(a)(1), (b)(1)(C) & 846**

and in violation of Title ____ United States Code, Section (s) ____

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

**CHIEF JUDGE, DISTRICT COURT OF THE NMI**
Title of Issuing Officer

_Alex R. Munson_
Signature of Issuing officer

5-4-07        SAIPAN, CNMI
Date and Location

Bail fixed at $ **NO BAIL**  by _Alex R. Munson_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Suspect Residence ADJ Marianas Cleaners Beach Rd

| DATE RECEIVED 04 MAY 07 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert C/DUSM #3086 | SIGNATURE OF ARRESTING OFFICER C/DUSM #3086 D/WM |
|---|---|---|
| DATE OF ARREST 08 MAY 07 | | |