**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant as to Norbert Benavente Camacho

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Case No. 07-00007 |
| **Plaintiff,** | |
| vs. | **MOTION TO APPOINT INVESTIGATOR** |
| **NORBERT BENAVENTE CAMACHO, and DINA TORRES GONZALES,** | |
| **Defendants.** | |

Defendant **NORBERT BENAVENTE CAMACHO**, by and through Counsel Robert T. Torres, hereby respectfully moves this Court to allow him to hire an investigator. This request is supported with the following:

On May 09, 2007, this Court appointed Mr. Torres as Counsel for the Defendant, Mr. Camacho. *See attached* "Appointment of Counsel". The

...
...

1  arraignment in this case was heard before this court at 8:30 a.m., on May 10,
2  2007. In that hearing, this court Ordered and set a Jury Trial to take place on
3  July 2nd, 2007, only two months away from the date of this appointment.
4  Defendant's counsel avers and justifies to this court that the need for
5  investigative services is necessary because of the limited time and the fact
6  that the defendant has two separate criminal cases filed with this Court and
7  with co-defendants for each case.
8  
9      In order for Counsel to adequately defend Mr. Camacho in this
10  upcoming Jury Trial, an investigator is needed to assist counsel. However,
11  Mr. Camacho does not have the necessary funds to hire an expert
12  investigator. Mr. Camacho should be able to go into trial with a proper
13  defense without regard to his financial situation.
14      For the foregoing reasons, Mr. Camacho respectfully requests that this
15  Court grant his motion and allow him to hire an investigator of his choice.
16  Respectfully submitted this 10<u>th</u> day of May, 2007.
17  
18  
19  
20      _____/s/_____
   Robert Tenorio Torres, F0197
21  Attorney for Defendant Camacho
22
23