Office of the Clerk
# District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Galo L. Perez
Clerk

Tel: (670) 236-2902
Facsimile: (670) 236-2910

May 9, 2007

TO : Robert T. Torres, Esq.
Law Office of Robert Tenorio Torres
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859
Fax: (670) 234-5749

FROM : Galo L. Perez, Clerk of Court
BY: Tina P. Matsunaga, Deputy Clerk

SUBJECT : CJA - Appointment of Counsel
CR-07-00007-001
**United States of America -vs- Norbert Benavente Camacho and Dina Torres Gonzales**

The Court has ordered your appointment as counsel to represent defendant **NORBERT BENAVENTE CAMACHO** in the above referenced matter. The Court has set **ARRAIGNMENT** for tomorrow, **MAY 10, 2007** at 8:00 A.M.

Attached is a copy of the following documents for your reference:
1. Indictment filed on 5/4/2007;
2. Order filed on 5/4/2007;
3. Financial Affidavit filed on 5/8/2007;
4. Arrest Warrant filed on 5/8/2007;
5. Minute Entry filed on 5/9/2007.

Should you need more information regarding the defendant, the case file will be made available to you at the Clerk's Office upon your request. Please respond or acknowledge your appointment immediately. Thank you very much for your understanding.

Acknowledge receipt of appointment by signing below

_____
Robert T. Torres, Esq.

NOTE: Upon acknowledgment, please fax to (670) 236-2910

6