FILED
Clerk
District Court

MAY 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-00007 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER GRANTING |
| v. | ) | DEFENDANT CAMACHO'S |
| | ) | MOTION TO APPOINT |
| | ) | INVESTIGATOR |
| NORBERT BENAVENTE | ) | |
| CAMACHO and DINA TORRES | ) | |
| GONZALES, | ) | |
| Defendants | ) | |
| | ) | |

Defendant Camacho's motion to hire an investigator is granted. **Defendant shall seek written authorization from the court before incurring expenses greater than $1,000.00.**

IT IS SO ORDERED.

DATED this 11th day of May, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)