# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

---

CR-07-00007                                                                 June 27, 2007
                                                                              8:30 a.m.


### UNITED STATES OF AMERICA  -vs- NORBERT BENAVENTE CAMACHO


PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           MICHELLE MACARANAS, DEPUTY CLERK
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           ROBERT TORRES, ATTORNEY FOR DEFENDANT
           NORBERT BENAVENTE CAMACHO, DEFENDANT


PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Robert Torres. Government was represented by Craig Moore, AUSA.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today.

Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY as to Count I and II .** Court found that the defendant was fully competent and capable of entering a knowing and voluntary plea. Court accepted the plea agreement and plea of guilty.

Court ordered a Presentence Investigation Report be submitted on or before September 4, 2007 and that the **Sentencing hearing be set for Tuesday, October 9, 2007 at 9:30 a.m.**

Court ordered that the defendant be at liberty as previously set by the Court. The defendant was ordered to report to the United States Marshal's Office tomorrow, June 28, 2007 at 8:00 a.m.


                                             Adjourned at 9:00 a.m.

                                             /s/Michelle Macaranas, Deputy Clerk