September 21, 2007

The Honorable Judge Alex R. Munson
Chief Judge
US District Court for the
Northern Mariana Islands

Judge Munson:

Good day, Your Honor. My name is Lisa Michelle L. Camacho, wife of Norbert Benavente Camacho, the defendant.

I am writing to you to ask for your consideration regarding my husband's sentencing on Tuesday, October 9, 2007. I hope this will somehow have an influence on your decision. My husband is a good man and good father. It was just so unfortunate that he was involved in this kind of incident. He, however, is remorseful about his involvement and so he had to admit his guilt. We understand that he has to be punished for what he committed but we respectfully request your good court to give him some leniency. My husband is an old man and is sickly. At his age of 54 years, he is suffering from gout. There were times when his feet would swell and he could not walk. He still experience the same up to now. He needs constant treatment and medication, as well as loving care from his family.

Moreover, I and our three very young children - Michael who is 14 years old, Julie aged 12 years, and our little boy, Jason who is just 7 months old - need him. Right now, I am the only one supporting our kids. My job as a translator for the government is not regular. My two older children go to school. I have to get my youngest son a babysitter because I have to go out so I can put food on the table, send the kids to school, pay the babysitter and all the bills. It would be a big help for me if my husband would be around the house to take care of our children and do the household chores. Having him in the house would not only help my children get the care and attention they need from a father but it would also help me in my other responsibilities to our family and in the house. It would also lessen our expenses because I would no longer need a babysitter for our youngest one.

Therefore, I sincerely pray that you give my husband the split sentence - half of it to be served in the local jail and the other half under house arrest, as I understand it. It is my husband who broke the law. It should only be him that has to be punished. If he would be away from us for a long time, it is like our family gets the punishment by depriving our children of their rights and privilege to have a father to love them and take care of all their needs. On my part, I am also like being punished by having to provide our kids and our household all by myself.

Our family will respect whatever decision this court will come up to. We believe in our judicial system and we hope your decision will be fair and just to all concerned. Thank you.

Respectfully yours,

*Lisa Michelle Camacho*
Lisa Michelle L. Camacho

EXHIBIT "A"