PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**FILED**
Clerk
District Court

OCT 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Melinda Brunson<br>U.S. Probation Officer<br>District of Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

[X] **Original Notice**        [X] **Disposition of Original Notice**

Date: **May 10, 2007**          Date: **October 9, 2007**

BY: **Honorable Alex R. Munson**   BY: **Honorable Alex R. Munson**

---

Defendant: **Norbert B. Camacho**           Case Number: Cr. Cs. 07-00005-002 and 07-00007-001

Date of Birth: **XX-XX-1953**               Place of Birth: **CNMI**

SSN: **XXX-XX-7307**

---

**NOTICE OF COURT ORDER** (Order Date:   May 10, 2007   )

[X]  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[X]  The above-named defendant surrendered Passport Number   **XXXXXXX**   to the custody of the U.S. District Court on   **May 10, 2007**   .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted — Document returned to defendant.

[ ]  Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X]  Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court