F I L E D
 Clerk
District Court

NOV - 8 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-00007 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER EXONERATING |
| | ) | BOND and DIRECTING THAT |
| NORBERT BENAVENTE | ) | PROCEEDS BE APPLIED TO |
| CAMACHO, | ) | ASSESSMENT AND FINE, |
| | ) | RESPECTIVELY |
| Defendant | ) | |
| _____ | ) | |

PURSUANT TO defendant's counsel's oral motion at sentencing on October 9, 2007, and good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED that defendant's $250.00 bond (Receipt for Payment No. 08651, dated May 10, 2007) be and hereby is exonerated; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that the proceeds of the bond first be applied to defendant's $200.00 special assessment fee and the remaining $50.00 applied to his $3,000.00 fine.

DATED this 8th day of November, 2007.

_____
ALEX R. MUNSON
Judge