```
                                                    FILED
                                                    Clerk
                                                    District Court

                                                    DEC -4 2007

                                                    For The Northern Mariana Islands
                                                    By_____
                                                         (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-00007 |
| ) | |
| Plaintiff ) | |
| ) | AMENDED |
| v. ) | ORDER EXONERATING |
| ) | BOND and DIRECTING THAT |
| NORBERT BENAVENTE ) | PROCEEDS BE APPLIED TO |
| CAMACHO, ) | ASSESSMENT AND FINE, |
| ) | RESPECTIVELY |
| Defendant ) | |
| _____ ) | |

THE COURT'S ORDER of November 8, 2007, is amended to read as follows:

PURSUANT TO defendant's counsel's oral motion at sentencing on October 9, 2007, and good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED that defendant's $250.00 bond (Receipt for Payment No. 08651, dated May 10, 2007) be and hereby is exonerated; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that the proceeds of the bond first be applied to defendant's $50.00 special assessment fee and the remaining $200.00 applied to his $3,000.00 fine.

DATED this 4th day of December, 2007.

_____
ALEX R. MUNSON
Judge