PROB 12A
(7/93)

# United States District Court

for

District of the Northern Mariana Islands

## Report on Offender Under Supervision

F I L E D
Clerk
District Court

MAR 1 ? 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | | |
|---|---|---|---|
| Name of Offender: | **Norbert B. Camacho** | Case Number: | **CR 07-00007-001** |

Name of Sentencing Judicial Officer:   Alex R. Munson

Date of Original Sentence:   October 9, 2007

Original Offense:   Count 1 - Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846
Count 2 - Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Original Sentence:   Five months incarceration and five months of home confinement for both counts to run concurrently and three years of supervised release for both counts to run concurrently with the following conditions: the defendant shall not commit another federal, state, or local crime; the defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; the defendant shall submit to a maximum of eight drug tests per month, as directed by the probation officer; the defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office; the defendant shall comply with the conditions of supervision as adopted by this Court; the defendant shall be prohibited from possessing a firearm or other dangerous weapon as defined by federal, state, or local law, or have such weapon where he resides; the defendant shall refrain from the use of all alcoholic beverages; the defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; the defendant shall also make a co-payment for the program at a rate to be determined by the U.S. Probation Office; the defendant shall participate in an anger management program as approved by the U.S. Probation Office and make co-payment for the program at a rate to be determined by the U.S. Probation Office; the defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the U.S. Probation Office unless he is in compliance with the payment schedule; and the defendant shall provide the U.S. Probation Office access to any requested financial information. Additionally, the defendant shall pay a $200 special assessment fee and a $3,000 fine.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  November 20, 2007

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition #1 | Violation of the rules of the home confinement program. |

Report on Offender
Under Supervision                                                                                                            page 2

On November 26, 2007, Mr. Camacho began serving a five month sentence of home confinement with electronic monitoring. The home confinement program rules were explained to him and he signed an agreement acknowledging his understanding of them. These rules include that the participant not leave his residence with approval from the U.S. Probation Officer and that he not deviate from his approved schedule.

On Sunday, March 9, 2008, at 10:30 am, this officer received an alert notification from Behavioral Intervention, the company contracted to provide equipment and services for electronic monitoring, that Mr. Camacho failed to return to his residence after his approved leave for church. This officer immediately called Mr. Camacho's residence and was informed by his son that he had gone to a laundromat. At approximately 11:25 am, Mr. Camacho returned to his residence and called this officer. He was instructed to report to the U.S. Probation Office the following day for a non-compliance meeting.

On Monday, March 10, 2008, Mr. Camacho reported to the office and apologized for being out of range past his approved leave time. This officer reminded him that not only was he out of range past his approved leave time, but that he was also at an unapproved location. According to Mr. Camacho's pre-approved schedule, he was authorized to be at church, not at a laundromat. Mr. Camacho acknowledged the violation and signed a Record of Non-Compliance. This is Mr. Camacho's second violation. The previous week, on March 2, 2008, he left his residence without permission to go to a nearby store to purchase medicine to relieve pain caused by gout. At that time, he was given a verbal warning.

Mr. Camacho has otherwise been compliant to the conditions of his release. He paid his $200 special assessment fee on December 4, 2007, he completed his three mandatory drug tests on December 20, 2007, and he submitted to the collection of a DNA sample on February 20, 2008. He has made a total of $800 in payments to his $3,000 fine balance. On December 12, 2007, he was referred to Marianas Psychiatric Services for drug testing and counseling and has consistently tested negative for illicit substances and attended all counseling sessions. He also reports monthly as required.

This officer recommends that no action be taken at this time. Further violations will be reported immediately.

| Reviewed by: | Respectfully submitted, |
|---|---|
| *[signature]* | *[signature]* |
| CARMEN D. O'MALLAN | by: MELINDA N. BRUNSON |
| U.S. Probation Officer Specialist | U.S. Probation Officer |
| Supervision Unit Leader | |
| Date: 3/ | Date: 3/19/2008 |

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other    No action to be taken.

*[signature]*

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

3-18-08
Date