PROB 12B
(7/93)

# United States District Court

F I L E D
Clerk
District Court

MAY ‑ 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

for

### District of the Northern Mariana Islands

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:    **Norbert B. Camacho**          Case Number:  **CR 07-00007-001**

Name of Sentencing Judicial Officer:       Honorable Alex R. Munson

Date of Original Sentence:        October 9, 2007

Original Offense:    <u>Count 1</u> - Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846
<u>Count 2</u> - Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Original Sentence:    Five months incarceration and five months of home confinement for both counts to run concurrently and three years of supervised release for both counts to run concurrently with the following conditions: the defendant shall not commit another federal, state, or local crime; the defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; the defendant shall submit to a maximum of eight drug tests per month, as directed by the probation officer; the defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office; the defendant shall comply with the conditions of supervision as adopted by this Court; the defendant shall be prohibited from possessing a firearm or other dangerous weapon as defined by federal, state, or local law, or have such weapon where he resides; the defendant shall refrain from the use of all alcoholic beverages; the defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; the defendant shall also make a co-payment for the program at a rate to be determined by the U.S. Probation Office; the defendant shall participate in an anger management program as approved by the U.S. Probation Office and make co-payment for the program at a rate to be determined by the U.S. Probation Office; the defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the U.S. Probation Office unless he is in compliance with the payment schedule; and the defendant shall provide the U.S. Probation Office access to any requested financial information. Additionally, the defendant shall pay a $200 special assessment fee and a $3,000 fine. **Modified on 4/18/08** to include that the defendant complete a two page letter explaining how his drug addiction may affect his family and the lives of his children and then read the letter before a group of his peers no later that 5/16/08.

Type of Supervision:    Supervised Release        Date Supervision Commenced:  November 20, 2007

---

## PETITIONING THE COURT

☐ To extend the term of supervision for        years, for a total term of        years.

☒ To modify the conditions of supervision as follows:

That the defendant submit to a mental health evaluation and any treatment recommended by the U.S. Probation Office.

Report for Modifying the
Conditions or Term of
Supervision with Consent of
Offender                                                                                                        page 2

## CAUSE

On April 28, 2008, Mr. Norbert Camacho reported to the U.S. Probation Office for a scheduled appointment. He was asked to submit to a drug test, which resulted in a presumptive positive for methamphetamine and amphetamine. He admitted to smoking "ice" on the evening of April 27, 2008 and signed an Admission of Drug Use Form.

Mr. Camacho explained that a friend came to his house on the evening of April 27, 2008 and offered him some "ice" and he accepted. He stated that he has been under a great deal of stress due to his wife's relocation to Guam for work and the responsibility of caring for his three minor children. He admitted that he needs help to overcome his addiction.

Marianas Psychiatric Services (MPS) Counselor Cris Sablan was consulted regarding Mr. Camacho's relapse and he suggested that Mr. Camacho be evaluated by a mental health specialist. Mr. Sablan added that Mr. Camacho appears to be in a fragile state in his recovery and may require additional intervention to help him deal with every day stresses.

Mr. Camacho has agreed to the recommended modification and has signed Waiver of Hearing to Modify Conditions (Prob 49).

Reviewed by:                                                     Respectfully submitted,

_CARMEN D. O'MALLAN_                          by: _MELINDA N. BRUNSON_

CARMEN D. O'MALLAN                                 MELINDA N. BRUNSON

U.S. Probation Officer Specialist                       U.S. Probation Officer
Supervision Unit Leader

Date: 5/6/2008                                               Date: 5/6/08

**THE COURT ORDERS**

---

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other          Issuance of a:     ☐ Summons     ☐ Warrant

_Alex R. Munson_
Alex R. Munson
Chief Judge
District Court of the Northern Mariana Islands

5-6-08
Date

PROB 49
(3/89)

# United States District Court

U.S. District Court      **District**    Northern Marianas Islands

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

* The defendant will submit to a mental health evaluation and any treatment recommended by the U.S. Probation Office.

Witness: _____Melinda N. Brunson_____      Signed: _____Norbert B. Camacho_____
                U.S. Probation Officer                          Probationer or Supervised Releasee

                        ____5-5-08____
                             Date