UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 07-00007-001                                           July 3, 2008
                                                                   10:20 a.m.

**UNITED STATES OF AMERICA -v- NORBERT CAMACHO**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           ERIC O'MALLEY, Assistant U. S. Attorney
           ROBERT TORRES, Court Appointed Counsel for Defendant
           NORBERT CAMACHO, Defendant

PROCEEDING:   REVOCATION HEARING

Defendant was present with his counsel, Attorney Robert Torres. Government by Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

Defendant *admitted* to the violation.

Court stated that he would either go the prison for six months or he could attend the Lighthouse Recovery Program in Guam for six months.

Defendant stated that he wished to go into the Recovery Program.

Government stated that they had no objections to the recommendation that he go to the Lighthouse Recovery in Guam. Defense was in agreement.

Court ordered that the defendant present himself to the Lighthouse Recovery in Guam on July 17, 2008 and that he make arrangements with the Probation Office. Further, the defendant shall pay for his own airfare to Guam.

Court, after hearing all argument and testimony, ordered that the defendant's supervised release be revoked for ONE day and three years of supervised release to follow with the same conditions as previously imposed. The defendant was ordered to enter the Lighthouse Recovery Center in Guam for a term of six months; or until deemed rehabilitated by the Lighthouse staff. If the defendant leaves the program before the

appropriate time; the Court will take necessary action to revoke supervised release. The defendant has two weeks in which to report to LRC (Lighthouse Recovery Center).

Further, the defendant shall not consume any alcoholic beverages from now until he is admitted to LRC. The defendant was remanded into the custody of the Marshal.

Adjourned at 10:35 a.m.

/s/
K. Lynn Lemieux, Courtroom Deputy