AO83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## District of the Northern Mariana Islands

ORIGINAL

FILED
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
|---|---|
| V. | |
| NORBERT BENAVENTE CAMACHO | CASE NUMBER: CR-07-00007-001 |
| Saipan, MP | |

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>July 3, 2008 at 10:00 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  ☑ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3583 (d)__

Brief description of offense:

Standard Condition: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance;

Standard Condition: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

Special Condition: The defendant shall refrain from the use of all alcoholic beverages.

RECEIVED
JUL 02 2008
US MARSHALS SERVICE-CNMI

_____  07/02/2008
Signature of Issuing Officer      Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]   Date   07-03-08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US District Court
NOTE: USPO Bronson called him in on 7-2-08

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct. for J. G. Salas USM - Acting CDUSM

Returned on   07/03/08                W. M. Calvert
                Date                   Name of United States Marshal

                                       (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.