F I L E D
Clerk
District Court

JUL 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT OF THE NORTHERN MARIANA ISLANDS

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NORBERT B. CAMACHO, <br> Defendant. | ) ) ) ) ) ) ) ) | CRIMINAL CASE NO. 07-00007-001 <br><br> APPLICATION AND ORDER FOR <br> RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of the passport held by the Court, United States Passport Number 120990371, as the offender will require it for travel to Guam.

Dated this _____10th_____ day of July, 2008.

_____
MELINDA N. BRUNSON
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer Melinda N. Brunson, the Clerk of Court is hereby ordered to release the passport belonging to the offender.

Dated this ___10TH___ day of July, 2008.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands