# United States District Court

for

*District of the Northern Mariana Islands*

FILED
Clerk
District Court

AUG 14 2008

For The Northern Mariana Islands

By_____
(Deputy Clerk)

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Norbert B. Camacho | Case Number: Cr. 07-00007-001 |

Name of Sentencing Judicial Officer:   Alex R. Munson

Date of Original Sentence:   October 9, 2007

Original Offense:  <u>Count 1</u> - Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846
<u>Count 2</u> - Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Original Sentence:  Five months incarceration and five months of home confinement for both counts to run concurrently and three years of supervised release for both counts to run concurrently with the following conditions: the defendant shall not commit another federal, state, or local crime; the defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; the defendant shall submit to a maximum of eight drug tests per month, as directed by the probation officer; the defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office; the defendant shall comply with the conditions of supervision as adopted by this Court; the defendant shall be prohibited from possessing a firearm or other dangerous weapon as defined by federal, state, or local law, or have such weapon where he resides; the defendant shall refrain from the use of all alcoholic beverages; the defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; the defendant shall also make a co-payment for the program at a rate to be determined by the U.S. Probation Office; the defendant shall participate in an anger management program as approved by the U.S. Probation Office and make co-payment for the program at a rate to be determined by the U.S. Probation Office; the defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the U.S. Probation Office unless he is in compliance with the payment schedule; and the defendant shall provide the U.S. Probation Office access to any requested financial information. Additionally, the defendant shall pay a $200 special assessment fee and a $3,000 fine. **Modified on 4/18/08** to include that the defendant complete a two page letter explaining how his drug addiction may affect his family and the lives of his children and then read the letter before a group of his peers no later than 5/16/08. **Modified on May 6, 2008** to include that the defendant submit to a mental health evaluation and any treatment recommended by the U.S. Probation Office. **Revoked on July 3, 2008** for one day with 36 months of supervised release to follow. Ordered to report to the Lighthouse Recovery Center rehabilitation program in Guam no later than July 17, 2008 and stay no less than six months, unless deemed rehabilitated by program coordinators.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 20, 2007 |

## NONCOMPLIANCE SUMMARY

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

Mandatory Condition #1     The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.

Report on Offender
Under Supervision
page 2

On July 3, 2008, Mr. Norbert Camacho appeared at a Violation hearing before the Honorable Alex R. Munson and admitted to violations of his supervised release as alleged in a Petition put forth by this officer. The Court revoked Mr. Camacho's supervised release for one day and reimposed a 36 month term. In addition, Mr. Camacho was ordered to report to the Lighthouse Recovery Center in Guam no later than July 17, 2008 to participate in a rehabilitation program.

On July 15, 2008, Mr. Camacho reported to this office to discuss final preparations for his travel to Guam. Mr. Camacho submitted to a drug test, which yielded a presumptive positive result for methamphetamine. Mr. Camacho admitted in writing to smoking "ice" on Saturday, July 12, 2008.

On July 17, 2008, Mr. Camacho reported to the U.S. Probation Office in Guam and submitted to a drug test, which was also presumptive positive for methamphetamine. The specimen was sent to Kroll Laboratories for analysis and returned on August 6, 2008 as a confirmed positive test.

Mr. Camacho reported to the Lighthouse Recovery Center on July 18, 2008 to begin treatment. This report is for informational purposes only and any other non-compliant behavior will be reported to the Court accordingly.

Reviewed by:                                              Respectfully submitted,

_/s/_                                                     by: _/s/_

CARMEN D. O'MALLAN                                        MELINDA N. BRUNSON
U.S. Probation Officer Specialist                         U.S. Probation Officer
Supervision Unit Leader

Date: 8/13/08                                             Date: 8/13/08

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other   No action to be taken.

_/s/ Alex R. Munson_

HONORABLE ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

08/14/08
Date